**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SELENE COMMUNICATION TECHNOLOGIES, LLC, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) C.A. No. 14-399-LPS <br> ) |
| AT&T CORP., | ) **JURY TRIAL DEMANDED** <br> ) |
| Defendant. | ) <br> ) <br> ) <br> ) |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Selene Communication Technologies, LLC ("Plaintiff") and Defendant AT&T Corp. ("Defendant"), having resolved Plaintiff's claims for relief against Defendant, hereby stipulate to dismiss Plaintiff's claims for relief against Defendant without prejudice. Plaintiff and Defendant will each bear their own costs and fees related to the above captioned matter and each waive the right to make a claim against the other for such costs, attorney's fees or any other expenses associated with the matters being resolved here.

February 4, 2015

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Stephen B. Brauerman | /s/ Jack B. Blumenfeld |
| Richard D. Kirk (#922) | Jack B. Blumenfeld (#1014) |
| Stephen B. Brauerman (#4952) | 1201 North Market Street |
| Vanessa R. Tiradentes (#5398) | P.O. Box 1347 |
| Sara E. Bussiere (#5725) | Wilmington, DE  19899 |
| 222 Delaware Avenue, Suite 900 | (302) 658-9200 |
| Wilmington, DE  19801 | jblumenfeld@mnat.com |
| rkirk@bayardlaw.com | |
| sbrauerman@bayardlaw.com | *Attorneys for Defendant AT&T Corp.* |
| vtiradentes@bayardlaw.com | |
| sbussiere@bayardlaw.com | |

*Attorneys for Plaintiff Selene Communication Technologies, LLC*

        IT IS SO ORDERED this_____ day of February 2015.

        _____
        The Honorable Leonard P. Stark
        Chief United States District Judge